# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149389(88)(89)

MICHELLE R. BUTTON, f/k/a MICHELLE R.
BROWN,
       Plaintiff-Appellee,

v

       SC: 149389
       COA: 306724
       Osceola CC: 10-012170-NI

TIM BILLS TRUCKING, INC. and MICHAEL
DWAYNE TYLER,
       Defendants-Appellants.

_____/

      On order of the Court, the motion for reconsideration of this Court's December 23, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to stay execution of judgment is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015



Clerk

d0126